NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COLLECTORS UNIVERSE, INC.,**
*Plaintiff-Appellee*

**PROFESSIONAL COIN GRADING SERVICE,**
*Counterclaim Defendant-Appellee*

**v.**

**DUANE C. BLAKE,**
*Defendant-Appellant*

---

2015-1296

---

Appeal from the United States District Court for the Central District of California in No. 8:14-cv-00333-AG-DFM, Judge Andrew J. Guilford.

---

**JUDGMENT**

---

MICHAEL L. MEEKS, Buchalter Nemer, PC, Irvine, CA, argued for plaintiff-appellee and counterclaim defendant-appellee. Also represented by ROBERT M. DATO.

MATTHEW CARMINE PHILLIPS, Renaissance IP Law Group LLP, Portland, OR, argued for defendant-

appellant. Also represented by DUANE C. BLAKE, Blake Legal Advisors, Westwood, MA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 March 11, 2016   /s/ Daniel E. O'Toole
Date Daniel E. O'Toole
Clerk of Court